NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AGUSTIN JOSENDE ALVAREZ,       )
                               )
            Appellant,         )
                               )
v.                             )       Case No. 2D18-2507
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.